IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: TPC Group Inc et al.

| | |
|---|---|
| Cerberus Capital Management L.P. ) | |
| Bayside Capital Inc., ) | Civil Action No. 1:22-cv-00927 |
|     Appellant, ) | |
| ) | |
| v. ) | |
| ) | Bankruptcy Case No.  22-10493 (CTG) |
| TPC Group Inc. ) | Bankruptcy BAP No.  22-41 |
| The Ad Hoc Noteholder Group, ) | Bankruptcy ADV No. 22-50372 (CTG) |
|     Appellee. | |

### NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 7/8/2022 was docketed in the District Court on 7/12/2022:

### ORDER RESOLVING PENDING MOTIONS

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                John A. Cerino
                                                Clerk of Court

/APK
Date: 7/13/2022
CC:    U.S. Bankruptcy Court
         Counsel via CM/ECF